UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: SAWSTOP CASES | ) | |
| | ) | CIVIL ACTION N0S. |
| BERNIER v. ONE WORLD TECHNOLOGIES INC. | ) | 08-cv-12083-NMG |
| MALONEY v. TECHTRONIC INDUSTRIES CO | ) | 08-cv-11888-NMG |
| WHITE v. ONE WORLD TECHNOLOGIES INC. ET AL | ) | 09-cv-10011-NMG |
| BEERS v. ONE WORLD TECHNOLOGIES, INC. | } | 09-cv-10010-NMG |

REVISED ORDER REGARDING BRAKE CARTRIDGES

October 7, 2010

SOROKIN, M.J.

Previously this Court ordered the Plaintiffs to produce certain brake cartridges pursuant to a revised protective order and provided Plaintiffs thirty days to comply with the Order. Because an objection to the order was pending, the original time for production has passed. Judge Gorton has now considered and overruled the objection subject to one modification to the revised protective order. Accordingly, the Court hereby ORDERS that the Plaintiffs shall have until November 5, 2010 to comply with the order requiring production of the brake cartridges. On or before November 9, 2010, the Plaintiffs shall file a report with the Court stating either that they have complied with the Order or that they have not so complied and the reasons for the failure to comply.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States Magistrate Judge